IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISMAIL ALI AL RAMMI, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2381 (JDB) |

### **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 22, 2005, copies of the foregoing were transmitted via Federal Express and e-mail to counsel for petitioner:

> Jared A. Goldstein
> Associate Professor of Law
> Roger Williams University School of Law
> Ten Metacom Avenue
> Bristol, RI 02809
> Tel: (401) 254-4594
> jgoldstein@rwu.edu

      /s/ Preeya M. Noronha
PREEYA M. NORONHA
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.   Room 7226
Washington, DC  20530
Tel.:  (202) 514-3338
Fax:  (202) 616-8202

One of the Attorneys for Respondents