IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISMAIL ALI AL RAMMI, et al.,**<br>*Petitioners/Plaintiffs*, | )<br>)<br>) |
| v. | ) Civil Action No. 05-CV-2381 (JDB)<br>)<br>) |
| **GEORGE W. BUSH, et al.,**<br>*Respondents/Defendants*. | )<br>)<br>) |

### PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO ORDER TO SHOW CAUSE

On August 24, 2006, this Court entered an order directing Petitioners to show cause why this case should not be dismissed. The Court set September 1, 2006, as the deadline for Petitioners' response. Petitioners respectfully request an extension until September 11, 2006, to file a response. Counsel for Respondents consent to this motion.

An extension of time is necessary in order to give Petitioners' counsel adequate time to communicate with Petitioner Ismail Ali Al Rammi's next friends—Soiad Salh Ahmad Al Rammi, who is Mr. Al Rammi's wife, and Adel Ali Ahmad Al Rammi, who is Mr. Al Rammi's brother. Petitioner Al Rammi's next friends live in Yemen and do not speak English. In order to respond adequately to the show cause order, Petitioners' counsel will need to discuss with the next friends any communications they have had with Petitioner Al Rammi since his detention began. Discussions with the next friends will require Arabic-English translation. Petitioners' counsel may also need to have translated into English certain documentary evidence regarding Mr. Al Rammi's detention, including official statements from the Yemen government declaring that Mr. Al Rammi is being held at Guantanamo Bay, Cuba.

A proposed order is attached.

                    Respectfully submitted,


                    _____/s/_____
                    Jared A. Goldstein
                    Roger Williams University School of Law
                    Ten Metacom Ave.
                    Bristol, Rhode Island  02809
                    Tel: (401) 254-4594
                    D.C. Bar No. 478572

Dated: August 24, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISMAIL ALI AL RAMMI, et al.,**  *Petitioners/Plaintiffs*, | ) ) ) |
| v. | ) Civil Action No. 05-CV-2381 (JDB) ) ) |
| **GEORGE W. BUSH, et al.,**  *Respondents/Defendants*. | ) ) ) ) |

### ORDER GRANTING PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO ORDER TO SHOW CAUSE

Having considered Petitioners' unopposed motion for an extension of time in which to respond to the order to show cause, it is hereby **ORDERED,** that Petitioners' motion is **GRANTED**. Petitioners shall submit their response to the show cause order on or before September 11, 2006.

Dated:_____          _____
                                JOHN D. BATES
                                United States District Judge

3