**ISMAIL ALI AL RAMMI, et al.,**          )
    *Petitioners/Plaintiffs*,          )
                                                   )
                                                   )          Civil Action No. 05-CV-2381 (JDB)
**v.**          )
                                                   )
                                                 )
**GEORGE W. BUSH, et al.,**          )
    *Respondents/Defendants*.          )

I, Joshua W. Denbeaux, of full age, hereby declare as follows:

1. I am a partner in the law firm of Denbeaux & Denbeaux, and I make this declaration from my own personal knowledge, derived from my review of the Department of Defense documents released to date regarding the Guantanamo inmates.

2. I make this certification in order to show that the Department of Defense's list of detainee names is far from uniformly accurate.

3. I have personal knowledge of the DOD database of names and detainee ISNs as I am the co-author of four reports on the Guantanamo Bay Detainees. Each are attached to this declaration.

4. The First report, REPORT ON GUANTANAMO DETAINEES: A Profile of 517 Detainees through Analysis of Department of Defense Data (2/8/06), http://law.shu.edu/news/guantanamo_report_final_2_08_06.pdf, examined the government data on each of the charges against all of the prisoners. This report received international press coverage as it revealed that a majority of the prisoners in Guantanamo Bay had never been accused, in any forum or by the United States government, in taking any hostile action against United States forces or forces allied with the United States.

5. The Second report, SECOND REPORT ON THE GUANTANAMO DETAINEES: Inter- and Intra-Departmental Disagreements About Who Is Our Enemy (3/20/06),

http://law.shu.edu/news/second_report_guantanamo_detainees_3_20_final.pdf, examined the disputes between the Department of Defense and the Department of State over what groups and organizations were actually related to the 'War on Terror.' That report, which also garnered significant attention, revealed that according to Department of Defense and Department of State documents, neither Agency could agree as to what group was terror related so that people were being held in Guantanamo based on the connection to an organization whose members the Department of State did not prevent from entering this country.

6.  The third report, THE GUANTANAMO DETAINEES DURING DETENTION Data from Department of Defense Records (7/10/06), http://law.shu.edu/news/guantanamo_third_report_7_11_06.pdf, analyzed the incident reports to determine whether there was any merit to the government's contention that the suicide attempts, and the actual suicides, were really acts of 'asymmetric warfare.'

7.  The most recent report, June 10th Suicides at Guantanamo (8/21/06), http://law.shu.edu/news/guantanamo_report_june_suicides_8_21_06.pdf, analyzed the suicides themselves in terms of governmental interference with the attorney's access to their own clients. For at least one now deceased detainee, the government refused to allow access to the prisoner, asserting that the lawyer – who got the name of the prisoner from the prisoner's own father – was providing an insufficiently accurate name. Id.

8.  In the course of preparing the above reports, we have created an extensive database of government documents which reveal that the Department of Defense itself is confused as to the name of many of the prisoners.

9.	The government has named 759 people as having at or having passed through the gates of the Guantanamo Bay Prison.  The government has also named every one of the 558 prisoners who have received Combatant Status Review Tribunals ("CSRT").  A prisoner cannot have been provided a CSRT unless they were, at one time at least, a prisoner in the Guantanamo Bay prison.  A prisoner should not have ever had an ARB [Administrative Review Board hearing] until after he has gone through a CSRT and, obviously, been a prisoner at Guantanamo Bay.

10.	However, the names on the list of 558 should, but do not, exactly match the list of prisoners who have been in Guantanamo or who have passed through Guantanamo Bay.

11.	The Associated Press, through its FOIA litigation, compelled the government to produce the transcripts of the detainee's CSRT statements at each proceeding in which a detainee made a statement.  The government produced 330 +/- transcripts of named detainee statements.  The names of these 330 people should, but do not match, the names of the 558 people who were given CSRTs.  The names of the 330 people who gave statements at their CSRT proceedings should, but also do not match, the names of the 759 people the government says are at, or who once passed through the gates of, Guantanamo Bay prison.

12.	The government also released documents from the Annual Review Board proceedings ("ARB"). The names of the prisoners having been through the ARB should, but do not, match the names of the 330 prisoners who gave statements at their CSRT proceeding.  The ARB prisoners' names also should, but do not, match the 558 prisoners who had CSRT proceedings.  And the ARB prisoners' names should, but do not, match the 759 total detainee population identified by the government.

13. We have collected 130 of the complete CSRT returns, including the R-1 (summary of evidence), transcript (if any exist), findings by tribunal and documents submitted by the personal representative.

14. The names of the prisoners should, but do not, match the 330 people who gave statements to the CSRT, do not match the 558 names of detainees who were provided CSRTs and do not match the names of the prisoners the government says are the total population of past and current inhabitants of the Guantanamo Bay prison.

15. Compiling all names provided from all these government sources, there are 1053 names of prisoners at Guantanamo Bay where the total official population, ever, has been only 759.

16. By way of example, MURTADA ALI SAID MAQRAM, MUSA ALI SAID AL SAID AL UMARI and SOFIANE HADERBACHE are all three names of men who appear on the ARB list <u>only</u>. Either the men are misnamed by the Department of Defense – even after 5 years – or these are prisoners the DOD has previously refused to recognize as ever being at Guantanamo Bay.

17. So far in our research, there is simply no way to tell for sure.

18. To add to further confusion, we have the ISNs for some of the prisoners, and so we know that the prisoner with the ISN of 649 has been identified by the Department of Defense as two different people: Muhammed, Haji (in the list of all prisoners ever at Guantanamo) and as Patel, Mustaq Ali (in the DOD list of prisoners who have been provided a CSRT hearing).

19. Simply put, Prisoner 649 is not the only prisoner identified more than once by different names in different releases. There are literally dozens and dozens of men at Guantanamo whom the government has failed to properly identify by a single name.

I declare, under penalty of perjury, that all of the above statements are true and complete to the best of my knowledge. I am aware that if any should be willfully false, I may be subject to punishment.

Dated: September 11, 2006

/SIGNED_____
Joshua W. Denbeaux, Esq.

DENBEAUX & DENBEAUX
366 Kinderkamack Road
Westwood, NJ  07675
(201) 664-8855
(201) 666-8589 (fax)