## DECLARATION OF JAN K. KITCHEL

I, Jan K. Kitchel, do depose and say:

1. I am a lawyer practicing in Oregon, licensed in Oregon and Washington. I am representing a habeas petitioner who currently is imprisoned in Guantanamo, Younous Chekkouri.

2. There has been a great deal of confusion about my client's name. When he was captured, he gave the name of Ahmed Abdullah Al-Wazan. I initially filed a habeas petition for him under that name. When I met him at Guantanamo, I found out his real name is Younous Chekkouri. When I first went to Guantanamo, I was unable to see my client until the afternoon of the first day because the guards were unable to find him, even though his ISN Number was not at issue. I believe, although I don't know, that they were looking for Ahmed Abdullah Al-Wazan, even though no such person actually exists at Guantanamo.

3. I also learned that a separate habeas petition for my client was filed by another attorney, Clive Stafford-Smith, under another derivative of Younous Chekkouri.

4. Since then, reviewing documents, I have seen his name spelled with various phonetic derivatives of the Arabic spelling. I have seen his first name spelled Younis, and Yunis, and I have seen his last name spelled Shakur, Shakuri, and Chakouri.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED this 4 day of September, 2006, at Portland, Oregon.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Jan K. Kitchel, OSB #78471

1 -