IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISMAIL ALI AL RAMMI et al.,**              ) | |
| *Petitioners/Plaintiffs*,                          ) | |
| ) | **DECLARATION OF** |
| ) | **JARED A. GOLDSTEIN** |
| v.                                                            ) | |
| ) | |
| ) | Case No. 1:05CV02381 |
| **GEORGE W. BUSH et al.,**                ) | |
| *Respondents/Defendants*.                  ) | |

I declare under penalty of perjury the following:

1. I am counsel to Ismail Ali Al Rammi ("Mr. Al Rammi") and his next friends, Soaid Salh Ahmad Al Rammi ("Mrs. Al Rammi") and Adel Ali Ahmad Al Rammi, petitioners/plaintiffs in the above-captioned case. I am a member of the Bar of the District of Columbia.

2. On December 12, 2005, I filed a petition for a writ of habeas corpus on behalf of Mr. Al Rammi. That petition asserts that Mr. Al Rammi is being held by the United States at the United States Naval Base at Guantanamo Bay, Cuba. *See* Petition at ¶¶ 3, 14.

3. In February 2006, this Court entered an order holding in abeyance all motions in this case. As a result, petitioners have not been able to undertake any discovery, including discovery into facts that would support this Court's subject matter jurisdiction.

4. According to Mrs. Al Rammi, Mr. Al Rammi is a Yemeni citizen who was born in 1973. He has two children, Muhammad and Abdullah, age approximately 6 and 10. *See* Amnesty International, Report, *Guantánamo: Lives torn apart – The impact of indefinite detention on detainees and their families* (Feb. 6, 2006), attached hereto as Exhibit A, at 13.

1

5.  Mrs. Al Rammi describes her husband as being of medium height with black hair and a prominent scar (or possibly birthmark) on his neck. A photograph of Mr. Al Rammi is attached as Exhibit B.

6.  From November 1999 to September 2001, Mr. Al Rammi lived and worked in Dubai, United Arab Emirates. Mrs. Al Rammi last received a telephone call from Mr. Al Rammi shortly before September 11, 2001, in which they discussed his plans to return home to Yemen. Mr. Al Rammi told his wife that he had bought presents to give to his family upon his return. *See* Kawkab al-Thaibani, "Family members call for the closure of the Guantanamo detention," *Yemen Observer* (July 16, 2006), attached hereto as Exhibit C.

7.  Mrs. Al Rammi has not heard from her husband since that phone call. *See* Exhibits A and C.

8.  In 2002, Mrs. Al Rammi and Adel Al Rammi saw Mr. Al Rammi's name on a list of 62 Yemenis detained at Guantanamo that was published in the Yemeni newspaper *September 26 Weekly*. *See* Exhibits A and C. As Exhibit D confirms, *September 26 Weekly* is published by the Yemeni Army.

9.  The list of 62 Yemenis detained at Guantanamo published by *September 26 Weekly* was also published in the English-language newspaper *Yemen Times* and in the Arabic-language paper *Adeph*. Mr. Al Rammi's name, here spelled "Al Raimi" appears as the first name on the list. A copy of the list as it was found in the *Yemen Times* online archives, http://www.yementimes.com/article.shtml?i=707&p=front&a=2, is attached hereto as Exhibit E.

10. The *Washington Post* included Mr. Al Rammi (spelled "Al Raimi") in its list of detainees held at Guantanamo. *See* Attachment F.

2

11.    Mrs. Al Rammi has sent letters to her husband at Guantanamo but has received none in return. She is desperate for information about his whereabouts. *See* Exhibits A and C.

12.    In August 2005, a delegation from the Yemeni state security agency traveled to Guantanamo and met with many of the Yemeni detainees held there. Apparently, it was at least the second visit by Yemeni officials to meet with the Yemeni detainees. *See* Exhibit G.

13.    On August 28, 2005, just days after officials of the Yemeni government had visited Guantanamo and met with Yemeni detainees, the Yemeni government released a second list of Yemenis held at Guantanamo. Mr. Al Rammi's name, here spelled "Ishmael Ali Al-Rimi," appears as number 81 on the list. A copy of the list found on the official web page of the Republic of Yemen Ministry of Human Rights is attached as Exhibit H.

14.    On May 16, 2006, the United States Department of Defense issued a list of foreign nationals who have been held at Guantanamo from January 2002 through the date of the issuance of the list. Mr. Al Rammi's name does not appear on the list. *See* Exhibit I.

15.    Ms. Preeya Noronha, counsel for Respondents, informed me that Respondents could not identify Mr. Al Rammi as a detainee at Guantanamo. Ms. Noronha indicated that, if Respondents had additional information about Mr. Al Rammi, they would attempt to try to determine whether he is being held at Guantanamo. In response, I provided Mr. Noronha variations on the spelling of Mr. Rammi's name. More recently, I provided Mr. Al Rammi's year of birth, names of family members, physical description, and photograph, as well as copies of the lists of Yemeni detainees referenced above.

16.    On September 8, 2006, Mr. Andrew Warden, counsel for Respondents, sent me an email message stating me that Respondents cannot identify Mr. Al Rammi as the name of a detainee at Guantanamo and has not found a match for the photograph. In a subsequent

3

telephone conversation that day, Mr. Warden indicated, however, that it is possible that Mr. Al Rammi is being held at Guantanamo under another name.

17. I have made several attempts to contact the Yemen Embassy to find out information about Mr. Al Rammi's whereabouts. To date, I have not received a response.

18. In the last couple weeks, I have sent a letter to several ministries in the Yemen Government in an attempt to find out information about Mr. Al Rammi's whereabouts. To date, I have not received a response.

19. Petitioners' counsel have been going through the laborious process of combing the Combatant Status Review Tribunal and Administrative Review Board documents made available through the Freedom of Information Act to see if any information about Mr. Al Rammi can be found in those documents and to eliminate names from the DOD list under which Mr. Al Rammi may be held.

Dated: September 11, 2006                                  Respectfully submitted,

                                                           _____/s/_____
                                                           Jared A. Goldstein
                                                           Roger Williams University School of Law
                                                           Ten Metacom Ave.
                                                           Bristol, Rhode Island  02809
                                                           Tel: (401) 254-4594
                                                           D.C. Bar No. 478572