Print - Go Back



http://www.cageprisoners.com/articles.php?id=15288

**Yemeni Families Demonstrate For Guantanamo Closure**

16/07/2006

**By Kawkab al-Thaibani**
Â
*Familiy members call for the closure of the Guantanamo detention. YO Photo/MAS*

The flags were raised and bearing slogans like â€œClose Guantanamo Prisonâ€ or â€œFreedom to al-Helah.â€ Â
demonstrators, some from members from concerned NGO's and some from families of those held at Guantanamo Bay
marched in front of the Yemeni Parliament and then to the United Nations building last Saturday.Â  The demonstratio
by the HOOD organization (The National Organization for Defending Human Rights and Freedom).Â  The head of the
committee in the Parliament, Ali Buhaliqaqh took the letter listing the demonstrators' demands and said that parliame
discuss it in its coming session, according to Khalid al-Anesi, HOOD's executive director.

The delegation that paid a visit to the United Nations consisted of Khalid al-Anesi; Jamal al-Jobi, a representative of t
community for the Rights and Freedom; Rana Ghanim, a representative of the Forum of Arab Sisters for Human Righ
members of the prisonersâ€™ families, such as Abdul-Rahman al-Heela, the brother of Abdul-Salam al-Heelah.Â

Al-Anesi said that the delegation submitted the letter from the families and the NGO's to Adel Jasmeen, the officer in
United Nations office in Sana'a and the head of the UNHCR.Â  Mr. Jasmeen said that he would deliver the letter to the
General of the United Nations.Â

Protesters held up pictures of Yemeni prisoners in Guantanamo and banners calling for the closure of the US detentio
banner read: â€œGuantanamo is a shame on the forehead of humanity.â€

The organizers are optimistic about the effect of the demonstration.Â  â€œI hope we make a kind of change--that the
those prisoners according to the provisions of the Geneva Convention.â€   Al-Anesi said.Â Â Â
One of the demonstrators is the wife of one of the prisoners held at Guantanamo.Â Â  Suad Saleh, the wife of prisone
said, â€œMy husband was arrested on the eleventh of September in 2001.Â  He had been in the Emirates.Â  He was
back; he bought all the presents; but he was missed, and we found out that he was arrested when we read his name
published September 26th."Â

Saleh complained that she did not receive any calls from her husband at all. â€œSome families heard from the prison
not hear anything.Â  We want to be in contact with him.â€  Â  She said that she does not know whether the prisoner
tortured or not.Â  â€œThey say that there is no torture any more, but Allah knows because there are three who died
recently.â€

Al-Raimi's 11 year-old son, Abdullah Ismael, said that he came to the demonstration to demand the release of his fat

The father of the late Salah al-Deen al-Salami, who is said to have hung himself at Guantanamo recently, also came
demonstration.Â  He said â€œWe come here to make the whole world hear our voices and to watch what is happenin
American secret jails.Â  They killed our sons and returned them mutilated.â€

He said that he called on the UN, the Yemeni government and the parliament to do something.Â  â€œThey have to m
jail and rescue our sons there,â€  he said.

The HOOD organization and Al-Karama, another Arab human rights organization, are investigating the circumstances
Salami's death.Â  The results of the independent autopsy conducted by a Swiss medical team have yet to be released

Â
**SOURCE: Yemen Observer**

`Legal - Credits`