

print article    save article    newsletter    comment on article    e-mail article

*Part of the total of more than 600*

# Yemeni prisoners still in Guantanamo

**Yemen Times Staff**



More than 60 Yemenis remain among the more than 600 prisoners who are in limbo with no criminal charges at Guantanamo Bay.
The International Committee of the Red Cross announced a few days ago that the US foreign secretary agreed to speed up the process of reviewing the files of the prisoners in Guantanamo, and free those who are believed to be of no threat to US security, and not connected to any terror network.
So far, the USA had only released 48 prisoners. The prisoners come from more than 40 countries. Secretary Powell has written the Pentagon late last year requesting the prompt processing of the prisoners because their detainment is interfering with international cooperation for the prevention of terrorism.
Preparations are now underway for the trial and possible execution of a small number. A courtroom was built at Guantanamo for their trial by a special three judge military court.

Some of the more than 600 prisoners at Guantanamo Bay, Cuba. The U.S. Supreme Court, on Jan.12, allowed the Bush administration to keep secret the names and other basic details about hundreds of foreigners detained after the September 11, 2001, attacks. Without comment, the top court refused to hear an appeal by civil liberties and other groups challenging the secret arrests and detentions for violating the Freedom of Information Act and constitutional free-speech rights under the First Amendment. REUTERS/U.S. Department of Defense

The rules of evidence are also special to this court. For example, the fact that evidence cannot be authenticated or is hearsay is not grounds for barring it, and all communications between civilian lawyers and their clients may be monitored by intelligence agents.
The website Elaph.com recently unveiled the names of the Yemeni prisoners held in the Cuban prison.
The identified names of 62 are as follows:
1- Ismail Ali Al-Raimi
2- Ali Yahya Mahdi Al-Raimi
3- Basheer Al-Marwali Al-Haimi
4- Fahd Al-Haimi AL-Matari
5- Mohamed Rajab Abu Ghanem
6- Saeed Ahmed Al-Sarim
7- Salim Ahmed Salim Hamdan
8- Abdulkhaliq Al-Baidhani
9- Ahmed Zaid Al-Zuhairi
10- Ahmed Al-DArbi
11- Mustafa Al-Shamiri
12- Abdulaziz Al-Suwaidi



13- Talal Ahmed Mohamed Mujarrad
14- Salah Mohamed Saleh Al-Dhabi
15- Abdullah Yahya Yousuf Al-Siblie
16- Mihamed Ahmed AL-Asadi
17- Hani Abdo Muslih Shaalan
18- Khalid Mohamed Saleh Al-Dhabbi
19- Ali Nasser Al-Kazimi
20- Othman Ali Omar
21- Omar Saeed Al-Dini
22- Mohamed bin Salman
23- Sulaiman bin Aqeel
24- Fahmi Salem Al-Assani
25- Ayman Saeed Batarfi
26- Abdullah ba Wazeer
27- Jalal Salem bin Amro
28- Mohsin Abdullah Al-Baasi
29- Zahir Omar bin Hamdoon
30- Adil Abu Al-Samh
31- Othman Abdulraheem
32- Majid Hamoud Al-Azraq
33- Raafat Al-Habashi
34- Khalid Ahmed Qassim
35- Nasr Abdullah Quraish
36- Hani Saleh Rashid
37- Mukhtar Al-Warifi
38- Riyad Utain
39- Mohamed Al-Adahi
40- Sharqawi Al-Haj
41- Sameer Naji Al-Hassan
42- Farouq Ahmed Al-Kouri
43- Mohamed Nasser Yahya Abdullah Khasraf
44- Mohamed Hamadi (Charley)
45- Mahmoud Abdulaziz Al-Mujahid
46- Saeed Hatem
47- Suhail Abdo Anaam
48- Yaseen Qaid
49- Abdulmajeed Al-Muhajiri
50- Fahmi Al-Towlaqi
51- Mohsin Ali Al-Askari
52- Abdurahman ba Al-Ghaith
53- Abdullah Ameen Al-Rahabi
54- Abdulmalik Abdulwahhab Al-Rahabi
55- Ali Abdullah Al-Salami
56- Saleh Abdullah Al-Salami
57- Adel Saleh Al-Hamd
58- Al-Khadir Abdullah Al-Yafii
59- Ali Hamza Bahlool
60- Khalid Massah Al-Qadasi
61- Ayoub Murshid
62- Musaab Al-Madhoni

### More Articles:

- **U.S. not expected to object
  Yemen to ratify International Court**

**Quick links:**

**Top News** - **Local** - **Business** - **Opinion** -
**Report** - **Press** - **Education** - **Varieties**

**yementimes.com**

Powered by **Mohtaref** Online Systems
© Copyright **Yemen Times**. All rights reserved.

**Archive** - **Forum** - **Chat** - **Classifieds** - **Links** - Shopping (soon) - **Exchange rate**
**Weather** - **Feedback** - **Yemenis abroad** - **Send a letter** - **Mailing list**