

washingtonpost.com > Nation

**E-Mail This Page**
**Subscribe to The Post**

**MOST VIEWED ARTICLES**

# Names of the Detained in Guantanamo Bay, Cuba

The Pentagon has declined to identify the detainees at Guantanamo Bay, most of whom were captured in Afghanistan during and after the 2001 war there. Below is the largest list of names made public thus far, encompassing: 367 men whose identities have appeared in media reports, on Arabic Web sites and in legal documents.

Some names came from family members of detainees who have sent letters home through the International Committee of the Red Cross. Seventy-three people on the list have been sent back to their home countries for further detention or for release. They are marked with an "R." Several of those have been interviewed by reporters.

Many names came from two Web sites that monitor the status of Guantanamo detainees: the Arabic-language Alasra (http://www.alasra.org/) and the Britain-based CagePrisoners (http://www.cageprisoners.com/). Alasra lists 202 names and CagePrisoners about 330. The two sites, which advocate the release of the detainees, have published lists of names, photographs and documents provided by families. Alasra is registered to an unknown individual in Saudi Arabia, and CagePrisoners is registered to a group of Muslim computer programmers based in Britain. Sixty-two names came from an official publication of the Yemeni Defense Ministry in January, and the names of 58 Pakistanis were published by a Pakistani newspaper in October 2002. In that same month, al Qaeda supporters in Afghanistan distributed a list naming "57 al Qaeda members" who were prisoners at Guatanamo.

## How the Names Made the List

For three years, Washington Post researchers have been compiling the names and countries of origin of detainees from unofficial, public sources: news accounts, legal documents, interviews with attorneys and relatives, and information from detainee support sites on the Web. The Post is printing only names that it has verified from a single reputable source or multiple sources. Some names have been transliterated from Arabic or have alternative spellings.

**Related story:** Holding Cell In War on Terror *(Post, May 2, 2004)*

## Guantanamo Bay Detainees by Last Name

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

© 2005 The Washington Post Company

**Sort the Detainees by Nationality**

*To view the sources for the names on the list, click on the numbers after each name.*

**A**

| Name | Nationality | Released |
|---|---|---|
| Aamer, Shaker Abdur-Raheem 122 | Saudi Arabia | |
| Abasin, Said 216, 90 | Afghanistan | R |
| Abbas, Muhammad 190 | Pakistan | |
| Abbasi, Feroz 221, 215 | UK | |
| Abd, Allah Ab Aljalil Abdal Rahman 122 | Yemen | |
| Abderrahmane, Slimane Hadj 214 | Denmark | R |
| Abdoh AKA Al Hag, Atag Ali 214 | Yemen | R |
| Abdul Rahman, Wesam 214 | Jordan | R |
| Abdullah, Abu 188 | Algeria | |
| Abdullah, Ahmad 121 | Morocco | |
| Abdullah, Jamal 138, 121 | Uganda | |
| Abdullah, Noorudeen 121 | Morocco | |
| Abdulraheem, Othman 3 | Yemen | |
| Abdulsalam, Reswan 215, 196 | Morocco | |
| Agha, Ismail 104 | Afghanistan | R |
| Ahmad, Ali 148 | Pakistan | R |
| Ahmad, Ejaz 190 | Pakistan | |
| Ahmad, Rashid Hasan 117 | Sudan | R |
| Ahmed, Hamed Abderrahman 215, 189 | Spain | R |
| Ahmed, Faluvi Abdullah 190 | Yemen | |
| Ahmed, Faruq Ali 190 | Yemen | |
| Ahmed, Ruhal 215 | UK | R |
| Ahmed, Sarfaraz 190 | Pakistan | |
| Ait Idir, Mustapha 206, 91 | Algeria | |
| Akhmyarov, Rustam 179 | Russia | R |
| Al Adahi, Mohamed 3 | Yemen | |
| Al Ajmi, Abdullah Saleh Ali 204, 5 | Kuwait | |
| Al Anazi, Abdullah 112 | Saudi Arabia | |
| | | |

| | | |
|---|---|---|
| Al Areeni, Khalid [15] | Saudi Arabia | |
| Al Asadi, Mohamed Ahmed [3] | Yemen | |
| Al Aseemi, Fahd Sultan Ubaid [121] | Saudi Arabia | |
| Al Askari, Mohsin Ali [3] | Yemen | |
| Al Asmar, Khalid [88] | Jordan | |
| Al Assani, Fahmi Salem [3] | Yemen | |
| Al Azmi, Saad Madai Saad [204] | Kuwait | |
| Al Azraq, Majid Hamoud [3] | Yemen | |
| Al Baasi, Mohsin Abdullah [3] | Yemen | |
| Al Badaah, Abdul Aziz bin Abdur Rahman [121] | Saudi Arabia | |
| Al Bahlul, Ali Hamza Ahmed Sulayman [129] | Yemen | |
| Al Bahooth, Ziyad bin Salih bin Muhammad [121] | Saudi Arabia | |
| Al Baidhani, Abdulkhaliq [3] | Yemen | |
| Al Banna, Jamil [95], [102] | Jordan | |
| Al Barakati, Khalid [120] | Saudi Arabia | |
| Al Blooshi, Salah Abdul Rasool [141] | Bahrain | |
| Al Busayss, Adil Said Al Haj Obeid [141] | Yemen | |
| Al Darbi, Ahmed [3], [228] | Yemen | |
| Al Dhabbi, Khalid Mohamed Saleh [3] | Yemen | |
| Al Dhabi, Salah Mohamed Saleh [3] | Yemen | |
| Al Dihani, Mohammed Funaitel [204], [5] | Kuwait | |
| Al Dini, Omar Saeed [3] | Yemen | |
| Al Dossary, Juma Mohammed [141] | Bahrain | |
| Al Fawzan, Fahd Fawzan [121] | Saudi Arabia | |
| Al Fifi, Jaber [121] | Saudi Arabia | |
| Al Fouzan, Fahd [110] | Saudi Arabia | |
| Al Ghaith, Abdurahman ba [3] | Yemen | |
| Al Ghamdi, Abdur Rahman Uthman [121] | Saudi Arabia | |
| Al Ghamdi, Khalaf Awad [121] | Saudi Arabia | |
| Al Ghamdi, Saeed Farhah [121] | Saudi Arabia | |
| Al Ghamdi, Zaid [121] | Saudi Arabia | |
| Al Ghanimi, Abdullah Muhammad Salih [121] | Saudi Arabia | |
| Al Habardi, Mane Shaman [121] | Saudi Arabia | |

| | | |
|---|---|---|
| Al Habashi, Raafat [3] | Yemen | |
| Al Haj, Sarqawi [3] | Yemen | |
| Al Hamd, Adel Saleh [3], [228] | Yemen | |
| Al Harbi, Ibrahim Daifullah [121] | Saudi Arabia | |
| Al Harbi, Tariq [121] | Saudi Arabia | |
| Al Hassan, Sameer Naji [3] | Yemen | |
| Al Ilmi, Muhammad [121] | Morocco | |
| Al Jowfi, Rashid [121] | Saudi Arabia | |
| Al Juaid, Rami Sad [121] | Saudi Arabia | |
| Al Judaan, Hamood [121] | Saudi Arabia | |
| Al Juhani, Badr [121] | Saudi Arabia | |
| Al Juhdali, Ziyad [121] | Saudi Arabia | |
| Al Jutaili, Fahd bin Salih bin Sulaiman [121] | Saudi Arabia | |
| Al Kaabi, Jamil Ali [154], [121] | Saudi Arabia | |
| Al Kandari, Abdullah kamel bin Abdullah Kamal [204], [5] | Kuwait | |
| Al Kandari, Fayiz Mohammed Ahmed [204], [5] | Kuwait | |
| Al Kazimi, Ali Nasser [3], [228] | Yemen | |
| Al Khalafi or Khalaqi, Asim [121] | Saudi Arabia | |
| Al Khalidi, Sulaiman [121] | Saudi Arabia | |
| Al Khalifa, Shaikh Salman bin Ebrahim [141], [98] | Bahrain | |
| Al Khowlani, Idrees [121] | Saudi Arabia | |
| Al Kouri, Farouq Ahmed [3], [228] | Yemen | |
| Al Maaliki, Sad [121] | Saudi Arabia | |
| Al Mahdi, Ali Yahya Mahdi [121] | Yemen | |
| Al Madhoni, Musaab [3] | Yemen | |
| Al Marrah, Khalid [121] | Saudi Arabia | |
| Al Marri, Jarallah [121] | Qatar | |
| Al Marwallah, Bishir Naser Ali [121] | Yemen | |
| Al Matari, Fahd Al Haimi [3], [228] | Yemen | |
| Al Matrafi, Abdullah [4] | Saudi Arabia | |
| Al Merbati, Isa [141], [121] | Bahrain | |
| Al Mosleh, Abdullah Hamid [121] | Saudi Arabia | |
| | | |

| | | |
|---|---|---|
| Al Muhajiri, Abdulmajeed [3, 228] | Yemen | |
| Al Muhammad, Mahmood [3, 228] | Syria | |
| Al Mujahid, Mahmoud Abdulaziz [3] | Yemen | |
| Al Muraqi, Khalid bin Abdullah [121] | Saudi Arabia | |
| Al Musa, Abdul Wahab [224, 224] | Saudi Arabia | |
| Al Mutairi, Khalid Abdullah Mishal [204, 5] | Kuwait | |
| Al Mutairi, Nasser Nijer Naser [204, 5] | Kuwait | |
| Al Naimi, Abdulla Majid [141] | Bahrain | |
| Al Nasir, Ibrahim Muhammad [121] | Saudi Arabia | |
| Al Nukhailan, Naif [121] | Saudi Arabia | |
| Al Nur, Anwar Hamdan [224] | Saudi Arabia | |
| Al Nusairi, Adil Uqla Hasan [121] | Saudi Arabia | |
| Al Odah, Fawzi Khalid Abdullah Fahad [204, 5] | Kuwait | |
| Al Omar, Wasm Awad Al Wasm [121] | Saudi Arabia | |
| Al Omari, Musa bin Ali bin Saeed [121] | Saudi Arabia | |
| Al Otaiba, Bandar [121] | Saudi Arabia | |
| Al Owshan, Abdul Aziz Sad [121] | Saudi Arabia | |
| Al Owshan, Saleh bin Abdullah [121] | Saudi Arabia | |
| Al Owshan, Sulieman [121] | Saudi Arabia | |
| Al Qaaid, Rashid [121] | Saudi Arabia | |
| Al Qadasi, Khalid Massah [3] | Yemen | |
| Al Qadasi, Walid [3] | Yemen | R |
| Al Qahtani, Abdullah Hamid al Muslih [226] | Saudi Arabia | |
| Al Qahtani, Jaber Hasan [13, 24] | Saudi Arabia | |
| Al Qahtani, Mohamed [115] | Saudi Arabia | |
| Al Qahtani, Sad [121] | Saudi Arabia | |
| Al Qosi, Ibrahim Ahmed Mahmoud [129] | Sudan | |
| Al Qurashi, Muhammad Abdur-Rahman Abid [121] | Saudi Arabia | |
| Al Rabahi, Abdullah Ameen [3, 228] | Yemen | |
| Al Rabeesh, Yusuf [121] | Saudi Arabia | |
| Al Rabiah, Fwad Mahmoud [204, 5] | Kuwait | |
| Al Rahabi, Abdulmalik Abdulwahhab [3, 228] | Yemen | |
| Al Raimi, Ali Yahya Mahdi [3] | Yemen | |

| | | |
|---|---|---|
| Al Raimi, Ismail Ali [3] | Yemen | |
| Al Rawi, Bisher [95], [123] | Iraq | |
| Al Razehi, Ali Ahmed Muhammad [95], [123] | Yemen | |
| Al Salami, Ali Abdullah [3], [228] | Yemen | |
| Al Salami, Saleh Abdullah [3] | Yemen | |
| Al Samh, Adil Abu [3], [228] | Yemen | |
| Al Sarim, Saeed Ahmed [3] | Yemen | |
| Al Sayegh, Adnan Muhammad Ali [200] | Saudi Arabia | |
| Al Shabani, Fahd Abdullah [121] | Saudi Arabia | |
| Al Shahrani, Muhammad bin Abdur Rahman [121] | Saudi Arabia | |
| Al Shaibani, Bandar [121] | Saudi Arabia | |
| Al Shamiri, Mustafa [3] | Yemen | |
| Al Shammari, Abdulaziz SayerOwain [204], [5] | Kuwait | |
| Al Shammari, Majid Afas Radi Al Tumi [121] | Saudi Arabia | |
| Al Shammari, Zain [121] | Saudi Arabia | |
| Al Shamri, Anwar Hamdan al Noor [121] | Saudi Arabia | |
| Al Shaqoori, Usamah [121] | Morocco | |
| Al Shaqoori, Yunus [121] | Morocco | |
| Al Shareef, Fahd Umar [121] | Saudi Arabia | |
| Al Shareef, Sultan [121] | Saudi Arabia | |
| Al Sharikh, Abdul Hadi [121] | Saudi Arabia | |
| Al Sharikh, Abdur Razaq [121] | Saudi Arabia | |
| Al Shehri, Abdus Salam Ghaithan [121] | Saudi Arabia | |
| Al Shehri, Saeed Ali Jabir ale Khuthaim [121] | Saudi Arabia | |
| Al Shehri, Salim [121] | Saudi Arabia | |
| Al Shehri, Yusuf Muhammad [121] | Saudi Arabia | |
| Al Siblie, Abdullah Yahya Yousuf [3], [228] | Yemen | |
| Al Suwaidi, Abdulaziz [3], [228] | Yemen | |
| Al Towlaqi, Fahmi [3], [228] | Yemen | |
| Al Umar, Ibrahim bin Umar [121] | Saudi Arabia | |
| Al Unzi, Abdullah Thani Faris Al Sulami [226] | Saudi Arabia | |
| Al Unzi, Khalid [121] | Saudi Arabia | |
| Al Unzi, Rakan [121] | Saudi Arabia | |

| | | |
|---|---|---|
| Al Unzi, Sultan Sari Saail [121] | Saudi Arabia | |
| Al Utaibi, Bajad bin Daifillah [121] | Saudi Arabia | |
| Al Utaibi, Bandar [224] | Saudi Arabia | |
| Al Utaibi, Muhammad Suroor [121] | Saudi Arabia | |
| Al Utaibi, Naif Fahd Al Aseemi [121] | Saudi Arabia | |
| Al Warifi, Mukhtaar [3] | Yemen | |
| Al Yafii, Al Khadir Abdullah [3, 228] | Yemen | |
| Al Zahrani, Khalid [121] | Saudi Arabia | |
| Al Zahrani, Sad Ibrahim Ramzi al-Jundubi [121] | Saudi Arabia | |
| Al Zahrani, Yasser Talal [121] | Saudi Arabia | |
| Al Zamil, Adil Zamil Abdull Mohssin [204, 5] | Kuwait | |
| Al Zuhairi, Ahmed Zaid [3, 228] | Yemen | |
| Al-Harith, Jamal Udeen [215] | United Kingdom | R |
| Ali, Abu Sana [121] | Morocco | |
| Ali, Sahibzada Usman [118, 146] | Afghanistan | R |
| Ali, Sarfraz [190] | Pakistan | |
| Ali, Syed Saim [190] | Pakistan | |
| Amin, Aminullah [190] | Pakistan | |
| Amin, Omar Rajab [204, 5] | Kuwait | |
| Amro, Jalal Salem bin [3] | Yemen | |
| Anaam, Suhail Abdo [3] | Yemen | |
| Ansar, Muhammad [148, 146] | Pakistan | R |
| Anwar, Muhammad [190] | Pakistan | |
| Aouzar, Mohamed [157] | Morocco | |
| Aqeel, Sulaiman bin [3] | Yemen | |
| Arbaish, Khalid bin Suleiman [220] | UNKNOWN | |
| Aseeri, Turki Mashawi Zayid Ale Jabali [121] | Saudi Arabia | |
| Ashraf, Muhammad [190] | Pakistan | |
| Aslam, Noor [127] | Afghanistan | R |
| Asnar, Khalid [155] | Jordan | |
| Ayub, Haseeb [190] | Pakistan | |
| Azzam, Hussein [155] | Jordan | |

Return to Index »

## B

| Name | Nationality | Released |
|---|---|---|
| Babikir, Muhammad al Ghazali [116] | Sudan | R |
| Badr, Badrzaman [116] | Afghan | R |
| Bajadiyah, Saeed [121] | Morocco | |
| Bameri, Bahktiar [121] | Iran | R |
| Barak [181] | Afghanistan | R |
| Batarfi, Ayman Saeed [3] | Yemen | |
| Bayifkan, Lutfi [167] | Turkey | |
| Begg, Moazzam [221] | United Kingdom | |
| Belkacem, Bensayah [2] | Algeria | |
| Belmar, Richard [194] | United Kingdom | |
| Benchakaroun, Brahim [194] | Morocco | R |
| Benchellali, Mourad [163] | France | |
| Binmoojan, Muhammad [121] | Morocco | |
| Boumediene, Lakhdar [206] | Algeria | |
| Bukhari, Abdul Hakeem [111] | Saudi Arabia | |

Return to Index »

## C

| Name | Nationality | Released |
|---|---|---|
| Celik, Abdullah [167] | Turkey | |
| Celikgogus, Yuksel [142] | Turkey | R |
| Chekkouri, Redouan [142] | Morocco | R |
| Chekkouri, Younes [142] | Morocco | R |

Return to Index »

## D

| Name | Nationality | Released |
|---|---|---|
| Dad, Fazal [190] | Pakistan | |
| Deghayes, Omar [187] | UNKNOWN | |
| Dergoul, Tarek [194] | United Kingdom | R |
| Dukhan, Mamar [194] | Syria | R |

Return to Index »

# E

| Name | Nationality | Released |
|---|---|---|
| Ehsannullah, [216] | Afghanistan | R |
| Eksi, Mustafa [200] | Turkey | |
| El Hadj, Boudella [206] | Algeria | |
| Elgazzar, Adel Fattouh Aly [200] | Egypt | |
| El-Weldi, Reda Fadel [200] | Egypt | |

Return to Index »

# F

| Name | Nationality | Released |
|---|---|---|
| Farooq, Muhammad Naim [222] | Afghanistan | R |
| Fauzee, Ibrahim [90] | Maldives | |
| Fazil or Fadhil, Mullah [161] | Afghanistan | |
| Feroze, Muhammad [121] | Morocco | |
| Fouzan, Fahed [219] | Saudi Arabia | |

Return to Index »

# G

| Name | Nationality | Released |
|---|---|---|
| Ghaffar, Maulvi Abdul [3] | Afghan | |
| Ghanem, Mohamed Ragab Abu [3] | Yemen | |

| Ghazi, Fahd Abdullah Ahmad 121 | Saudi Arabia | |
| Gherebi, Falen 210 | Libya | |
| Ghezali, Mehdi Muhammed 215 | Sweden | |
| Ghulab, Sher 176 | Afghanistan | R |
| Gul, Lall 181 | Afghanistan | R |
| Gul, Nate 109 | Afghanistan | R |
| Gumarov, Ravil 152 | Russia | R |

Return to Index »

# H

| Name | Nationality | Released |
|---|---|---|
| Habib, Mamdouh 203 | Australia | R |
| Hajii , Adil Kamel Abdullah 141 | Bahrain | |
| Hamada, Mohamed 3 | Yemen | |
| Hamdan, Salim Ahmed 130 | Yemen | |
| Hamdi, Yasir Esam 229 | United States | |
| Hamdoon, Zahir Omar bin 3 | Yemen | |
| Hamza, Abu 126 | Saudi Arabia | |
| Hanif, Muhammad 190 | Pakistan | |
| Hassan, Imad Abdullah 190 | Yemen | |
| Hassan, Mohammad Mohammad 190 | Yemen | |
| Hatem, Saeed 3 | Yemen | |
| Hicks, David 203 | Australia | |
| Hkimi, Adel 93 | Tunisia | |

Return to Index »

# I

| Name | Nationality | Released |
|---|---|---|
| Iilyas, Muhammad 190 | Pakistan | |
| Ikassrien, Lahcen 187 | Morocco | |

| | | |
|---|---|---|
| Iqbal, Asif 203 | United Kingdom | R |
| Iqbal, Faid or Faiq 148 | Pakistan | R |
| Iqbal, Zafar 190 | Pakistan | |
| Irfan, Muhammad 190 | Pakistan | |
| Ishaq, Muhammad 147 | Pakistan | R |
| Ishmuradov, Timur 179 | Russia | R |
| Ismail, Yasin Qasem Mohammad 179 | Yemen | R |

Return to Index »

## J

| Name | Nationality | Released |
|---|---|---|
| Jamaluddin, Muhammad 148 | Pakistan | R |
| Jan, Aziaullah 190 | Pakistan | |
| Joaid, Abdul Rahman 224 | Saudi Arabia | |

Return to Index »

## K

| Name | Nationality | Released |
|---|---|---|
| Kanouni, Imad 162 | France | |
| Khadr, Abdur Rahman 212 | Canada | R |
| Khadr, Omar 211 | Canada | |
| Khairkhwa, Khairullah 161 | Afghanistan | |
| Khan, Alef 97 | Pakistan | R |
| Khan, Alif 133 | Afghanistan | R |
| Khan, Aziz 172 | Afghanistan | R |
| Khan, Aziz 190 | Pakistan | |
| Khan, Badshah 190 | Pakistan | |
| Khan, Ejaz Ahmad 147 | Pakistan | R |
| Khan, Haji Mohammed 159 | Afghanistan | R |
| Khan, Hamood ullah 190 | Pakistan | |

| Khan, Issa [193] | Pakistan | |
| Khan, Juma [90] | Afghanistan | |
| Khan, Merza [216] | Afghanistan | R |
| Khan, Muhammad Ejaz [190] | Pakistan | |
| Khan, Muhammad Kashif [148] | Pakistan | R |
| Khan, Tariq Aziz [148] | Pakistan | R |
| Khasraf, Mohamed Nasser Yahya Abdullah [3] | Yemen | |
| Khazhiyev, Shamil [169] | Russia | R |
| Kifayatullah [190] | Pakistan | |
| Koochi, Naeem [218] | Afghanistan | R |
| Kudayev, Rasul [169] | Russia | R |
| Kurnaz, Murat [215] | Turkey | |

Return to Index »

## L

| Name | Nationality | Released |
| --- | --- | --- |
| Lagah, Lofti Ben Suihi [184] | Tunisia | |
| Lahmar, Saber [206] | Algeria | |

Return to Index »

## M

| Name | Nationality | Released |
| --- | --- | --- |
| Maimoundi, Hassan [215] | UNKNOWN | |
| Mamrouk, Adel Ben Hamida [184] | Tunisia | |
| Manzoor, Hafiz Liaqat [147] | Pakistan | R |
| Marouz, Muhammad [147] | Morocco | R |
| Maula, Abdul [148] | Pakistan | R |
| Mazloom, Fazel [215] | Afghanistan | |
| Mazrou, Alaa Abdel Maqsoud [215] | Egypt | |
| Mehmood, Majid [147] | Pakistan | R |

| Mehmood, Talli [147] | Pakistan | R |
| Mert, Nuri [200] | Turkey | R |
| Meshad, Sherif [184] | Egyptian | |
| Mingazov, Ravil [179] | Russia | |
| Mohammed [6] | Afghanistan | R |
| Mohammed, Hajii Faiz [208] | Afghanistan | R |
| Mohammed, Jan [208] | Afghanistan | R |
| Mohammed, Wazir [90] | Afghanistan | |
| Mubanga, Martin [144] | United Kingdom | |
| Muhammad, Ali [190] | Pakistan | |
| Muhammad, Mirza [173] | Afghanistan | |
| Muhammad, Shah [175] | Pakistan | R |
| Mujarrad, Talal Ahmed Mohamed [3] | Yemen | |
| Muqaddam, Murtada [121] | Saudi Arabia | |
| Murshid, Ayoub [3] | Yemen | |
| Mustafa, Khaled ben [215] | France | |

Return to Index »

# N

| Name | Nationality | Released |
| --- | --- | --- |
| Nabaytah, Hassan [155] | Jordan | |
| Nabiyev, Yusuf [197] | Tajikistan | |
| Naqibullah [104] | Afghanistan | R |
| Naseer, Muneer bin [190] | Pakistan | |
| Nasri, Riadh Mohammad [94] | Tunisia | |
| Nauman, Muhammad [190] | Pakistan | |
| Nechla, Mohamed [206] | Algeria | |
| Noor, Yusuf Khaleel [121] | Saudi Arabia | |

Return to Index »

# O

| Name | Nationality | Released |
|---|---|---|
| Odigov, Ruslan [179] | Russia | R |
| Omar, Muhammad [190] | Pakistan | |
| Omar, Othman Ali [3] | Yemen | |
| Osman, Haji [128] | Afghanistan | R |
| Osman, Mohammad [6] | Afghanistan | R |
| Ould Slahi, Mouhamedou [170] | Mauritania | |

Return to Index »

# P

| Name | Nationality | Released |
|---|---|---|
| Paracha, Saifullah | Pakistan | |
| Patel, Mustaq Ali | France/India? | |

Return to Index »

# Q

| Name | Nationality | Released |
|---|---|---|
| Qaid, Yaseen [3] | Yemen | |
| Qassim, Khalid Ahmed [3] | Yemen | |
| Quraish, Nasr Abdullah [3] | Yemen | |

Return to Index »

# R

| Name | Nationality | Released |
|---|---|---|
| Rafiq, Muhammad [190] | Pakistan | |
| Rahim, Abdul [151] | Pakistan | |
| Rahim, Abdur [151] | Afghanistan | R |
| Rahman, Ahmed Abdel [174] | Egyptian | |
| Rahman, Asadullah [100] | Afghanistan | R |

| | | |
|---|---|---|
| Rahmatoulah [100] | Afghanistan | R |
| Raouf, Mullah Abdel [161] | Afghanistan | |
| Rashid, Hani Saleh [3] | Yemen | |
| Rasul, Shafiq [204] | UK | R |
| Raza, Abid [190] | Pakistan | |
| Raza, Muhammad Arshad [190] | Pakistan | |
| Razaq, Abdul/Abdur [148] | Pakistan | R |
| Razeq, Abdul [177] | Afghanistan | R |
| Rehman, Abdul [109] | Afghanistan | R |
| Rehman, Abdul [190] | Pakistan | |
| Rehman, Hafiz Khalil ur [190] | Pakistan | |
| Rehman, Sajid-ur [148] | Pakistan | R |
| Ridha, Yazidi [93] | Tunisia | |
| Ridouane, Khalid [215] | France | |
| Rustam, [175] | Afghanistan | |

Return to Index »

## S

| Name | Nationality | Released |
|---|---|---|
| Saeed, Hafiz Ehsan [190] | Pakistan | |
| Saeed, Muhammad [190] | Pakistan | |
| Safeesi, Abdul Sattar [190] | Pakistan | |
| Sagheer, Muhammad [208] | Pakistan | R |
| Salahuddin, Ghazi [148] | Pakistan | R |
| Salman, Mohamed bin [3] | Yemen | |
| Sarajudim [217] | Afghanistan | R |
| Sassi, Mohammed Ben Sala [157] | Tunisia | |
| Sassi, Nizar [162] | France | |
| Sattar, Abdul [190] | Pakistan | |
| Saud, Abu [10] | Saudi Arabia | |
| Sen, Ibrahim [200] | Turkey | |
| | | |

| | | |
|---|---|---|
| Sen, Mesut [200] | Turkey | |
| Shaalan, Hani Abdo Muslih [3] | Yemen | |
| Shah, Rostum [107] | Afghanistan | R |
| Shah, Sliman [216] | Afghanistan | R |
| Shah, Sulaiman [216] | Afghanistan | R |
| Shah, Syed Zia Hussain [190] | Pakistan | |
| Shaqroon, Ibrahim bin [121] | Morocco | |
| Sharofov, Rukmiddin [197] | Tajikistan | |
| Shehzada, Mullah [192] | Afghanistan | R |
| Sidiq, Mohammed [208] | Afghanistan | R |
| Sidiq, Muhammad [172] | Afghanistan | R |
| Sultan, Zahid [190] | Pakistan | |

Return to Index »

# T

| Name | Nationality | Released |
|---|---|---|
| Tabarak, Abdallah [207] | Morocco | |
| Tahir, Mohammad [107] | Afghanistan | R |
| Tariq, Muhammad [149] | Pakistan | |
| Tariq, Muhammad [190] | Pakistan | |

Return to Index »

# U

| Name | Nationality | Released |
|---|---|---|
| Ullah, Asad [145] | Afghanistan | |
| Utain, Riyad [3] | Yemen | |
| Uthman, Abdul Rahim Mohammad Uthman [3] | Yemen | |
| Uyar, Salih [200] | Turkey | |
| Uzel, Turgut [201] | Turkey | |

Return to Index »

## V

| Name | Nationality | Released |
| --- | --- | --- |
| Vakhitov, Aryat [153] | Russia | R |
| Vohidov, Muqim [197] | Tajikistan | |

Return to Index »

## W

| Name | Nationality | Released |
| --- | --- | --- |
| Wali, Badshah [195] | Afghanistan | R |
| Wali, Jehan/Jan [118] | Pakistan | R |
| Wazeer, Abdullah ba [3] | Yemen | |
| Wazir, Mohammed [6] | Afghanistan | R |

Return to Index »

## Y

| Name | Nationality | Released |
| --- | --- | --- |
| Yadel, Brahim [163] | France | |

Return to Index »

## Z

| Name | Nationality | Released |
| --- | --- | --- |
| Zaeef, Mohammed [208] | Afghanistan | |
| Zaman, Badar uz [146] | Pakistan | |
| Zaman, Qaisir [148] | Pakistan | R |
| Zemiri, Ahcene [198] | Algeria | |
| Zemmouri, Moussa [113] | Belgium | |

Return to Index »

The Washington Post

[E-Mail This Page](#)



SEARCH:   ◉ News   ◯ Web

© Copyright 1996-2006 The Washington Post Company  |  User Agreement and Privacy Policy  |  Rights and Permissions  |  Home

**washingtonpost.com:** Contact Us | About Us | Work at washingtonpost.com | Advertise | Media Center | Site Index | Site Map | Archi
E-mail Newsletters | RSS Feeds | Wireless Access | Our headlines on your site | Make Us Your Homepage | mywashingtonpost.com
**The Washington Post:** Subscribe | Subscriber Services | Advertise | Electronic Edition | Online Photo Store
**The Washington Post Company:** Information | Other Post Co. Websites