

About | Subscribe | Advertise    Search  ◉ Yemen Times ○ WWW    [Search]  with

Current date: Monday September 11, 2006 - **Issue: (870), Volume 13 , From 22 August 2005 to 24 August 2005**

🖨 print article   💾 save article   📰 newsletter   ✉ comment on article   📧 e-mail article

# Yemen announces names of 46 Guantanamo detainees

**Yemen Times Staff**

SANA'A- A Yemeni security team paid a short visit a few days ago to Guantanamo Bay during which it interviewed a number of Yemenis detainees.

During the 10-day visit, the team interviewed 46 detainees out of 110 people whose names were given to Yemen by the US authorities.

Well-informed sources signaled out that another Yemeni delegation had visited Guantanamo Bay before this visit and interviewed 40 other detainees on the US list of terrorists, three of whom were not found Yemeni nationals.

## More Articles:

- National dress exhibition staged
- Study: Poultry food responsible for cancer
- Customs hinder fish companies
- HRW: UK forces Iraqi refuge seekers to return home
- Safer methods for crops storage
- Alnour Center for the Blind  
  Summer camp for the blind
- Yemen to launch first space youth channel
- Developing Yemen's tourism requires closer attention
- 22 customs committees continue car taxation
- HRITC wraps up debate on Civil  
  Societies' role in democratic Changes
- Indian globetrotter arrives in Yemen



**Quick links:**

**Top News** - **Local** - **Business** - **Opinion** - **Culture**
**Health** - **Report** - **Press** - **Education** - **Varieties**

**yementimes.com**

Powered by **Mohtaref** Online Systems
© Copyright **Yemen Times**. All rights reserved.

**Archive** - **Forum** - **Chat** - **Classifieds** - **Links** - Shopping (soon) - **Exchange rate**
**Weather** - **Feedback** - **Yemenis abroad** - **Send a letter** - **Mailing list**