

**Ministry of Human Rights** — Republic of Yemen

The Ministry | Reports | International Treaties | Laws | Human Rights Organizations

Search

**Menu**

عربي

Main
News Archive
Activities
Address Book
Inquiry Form
Complaints
Forums
FAQ
Links
Guest Book

**Services**

what do you think about Human Rights site ?

○ V. Good
○ Good
○ Not Bad

Vote

**Email**

Mail List

**News Archive**

Print      Send to Friend

**List of 124 detainees in Guantanamo Bay officially announced**    20

SANA'A, Aug 28- A group of American lawyers, defending Yemeni detainees in Guantanamo B
Sana'a next week.

The lawyers will meet with the families of detainees and brief them on procedures taken to help
free and identify
accusationsbrought against them, informed sources said.

The visit is organized by the National Organization for Defending Rights and Freedoms in colla
Amnesty International.

On the other hand, a security delegation is to pay a second visit to Guantanamo Bay by the end
interview more 24 detainees.

The following is a list of 124 detainees whom US authorities officially announced, 114 of whom
nationals, including three brought recently from Afghanistan, Abdul-Salam Ali Ali al-Hila, Fadhi
Ameen Al-Yafe'e.

1 Mohammad Ali Hussein Khanina
2 Salim Ahmad Hadi
3 Adham Mohammad Ali Oadh
4 Edrees Ahmad Abdul Kader
5 Sadiq Mohammad Saeed
6 Abdul Mohsin Abdul Rab Saleh
7 Abdu Mohammad Ahmad Al-Mohagiri
8 Farouk Ali Ahmad Saif
9 Mohsin Mohammad Mohsin
10 Adnan Farhan Abdul Lateef
11 Adel Saeed Al-Haj Obaid
12 Isam Hameed Ali Bin Ali Al-Jiefi
13 Othman Ahmad Othman Omiran
14 Mohammad Ahmad Ali Al-Asadi
15 Mohammad Saleh Hussein Al-Sheikh
16 Hani Abdu Moslih Sho'alan
17 Ryad Atteq Ali Abdu Al-Haj
18 Abdul Rahman Abdullah Ali
19 Mohammad Ahmad Saeed Hidar
20 Mahmoud Omar Mohammad Bin Atif
21 Khaled Ahmad Qasim Mosa'ed
22 Fadhil Bin Hussein bin Saleh bin Hanteef
23 Mustafa Abdul Qawee Abdul Azeez Al-Shamiri
24 Mohammad Abdullah Bin Mohammad Bin Oadh
25 Sanad Ali Salim Al-Kanzami
26 Mohammad Ali Abdullah Al-Wazeer
27 Mokhtar Yahia Naji Al-Wrafi
28 Tawfeeq Sabir Mohammad Al-Marwaee
29 Tawfeeq Nasir Oadh
30 Ala Ali Bin Ali Ahmad
31 Mohammad Ahmad Salim Al-Khateeb
32 Fawaz Noman Hamoud Abdullah
33 Mohammad Ahmad Ali Tahir

34 Zahir Omar Khamees bin Hamdoon
35 Jalal Salim Oadh bin Omar
36 Hussein Salim Mohammad Al-Marfadi
37 Krama Kamees Saeed/Mahara
38 Sa'ad Bin Nasir Bin Moqbil Al-Azani
39 Mohammad Nasir Yahia Abdullah Khosruf
40 Mohammad Ali Salim Al-Zarnoqi
41 Hani Saleh Rashid Abdullah
42 Saleh Mohammad Ali Al-Zoba
43 Fahmi Abdullah Ahmad Obadi Al-Tawlaqi
44 Sharqawi Abdu Ali Al-Haj/Taiz
45 Sharaf Ahmad Mohammad Masood
46 Ali Hamza Ismae'el Al-Bahloli
47 Fahd Abdullah Ahmad Ghazi
48 Othman Abdul Raheem Mohammad Othman
49 Mo'ath Hamza Ahmad Alwi
50 Ahmad Omar Abdullah Al-Hakimi
51 Mahmoud Abdul Azeez Abdu Al-Mojahid
52 Al-Khadhir Abdullah Mohammad Al-Yafi'e
53 Abdul Malik Abdul Wahab Al-Rahabi
54 Abdul Kader Hussein Al-Mudhafari
55 Magid Mahmoud Abdu Ahmad
56 Sameer Naji Al-Hassan Muqbil
57 Mohammad Rajab Sadeq Abu Ghanim
58 Mohammad Ahmad Abdullah Saleh Al-Hanashi
59 Salim Ahmad Salim Hamdan
60 Fiez Ahmad Yahia Solomon
61 Ali Hussein Abdullah Attais
62 Khaled Abdul Jabar Mohammad Al-Qadasi
63 Ali Yahia Mahdi Al-Yarimi
64 Abu Baker Ibn Ali Mohammad Al-Ahdal
65 Tariq Ali Abdullah Ahmad BaOadha
66 Saeed Ahmad Mohammad Abdullah Geraba
67 Mohammad Saeed Bin Salim
68 Yaseen Mohammad BaSordah
69 Saeed Mohammad Saleh Hatim
70 Ahmad Yaslim Saeed Koman
71 Mashehour Abdullah Moqbil Ahmad Al-Sabri
72 Solomon Oadh Solomon Bin Ojail Al-Nahdi
73 Yaseen Qasim Mohammad Ishmael
74 Fahmi Salim Saeed Al-Assani
75 Suhail Abdu Ana'am Saeed Al-Sharabi
76 Abdul Azeez Abdullah Ali Al-Swaidi
77 Imen Saeed Abdullah BaTarafi
78 Job Morshed Ali Saleh
79 Basheer Nasir Ali Al-Marwalah
80 Masa'ab Omar Ali Al-Modhoni
81 Ishmael Ali Al-Rimi
82 Abdul Rahman Abdullah Abdul Jaleel Al-Odaini
83 Khaled Mohammad Saleh Isbah
84 Abdul Khaliq Al-Byadhi
85 Ahmad Zaid Al-Zohairi
86 Talal Ahmad Mohammad Mokrid
87 Abdullah Yahia Yosef Al-Shibli
88 Mayas Mohammad
89 Abdul Malik Ahmad Abdul Wahid
90 Abdul Rahman Abdu Quid
91 Naser Abdullah Quraish
92 Mohammad Homadi Sharly
93. Abdul Rahman BalGhaith
94. Ali Mohammad Nassir Mohammad
95. Faris Muslim Al-Ansari
96. Mahmoud Mohammad Idrees
97. Salah Abdullah Al-Salami
98. Adel Saleh Ahmad
99. Salah Mohammad Saleh
100. Ali Ahmad Mohammad Al-Zahri

101. Abdul Rahman Mohammad Saleh Nassir
102. A'asim Thabit Abdullah Al-Khalaqi
103. Abdul Rahman Abdu Salim
104. Abdul Rahman Omair Al-Qubati
105. Salman Yahia Hassan Mohammad Al-Robai'e
106. Waleed Saeed Bin Saeed Zaid
107. Sabri Mohammad Ibraheem Al-Qirshi
108. Hamoud Abdullah Hamoud Al-Wa'eli
109. Jamal Mohammad Alawi Mari'e
110. Imad Abdullah Hassan
111. Mohammad Mohammad Hassan
112. Riyadh Yahia Ahmad
113. Abdul Ghalib Ahmad Hakeem
114. Ahmad Abdul Kader BaGhoaita
115. Ali Abdullah Ahmad Al-Salami
116. Jameel Ahmad Saeed Nassir
117. Shwqi Oadh BaZohair
118. Hail Azeez Ahmad Al-Mithali
119. Saeed Saleh Saeed Nashir
120. Omar Mohammad Ali Al-Ramah
121. Mohammad Ameen Abdu Al-Bakri
122. Fadi Ahmad
123. Abdul Salam Ali Ali al-Hila
124. Ameen Al-Yafi'e

SABA

Ministry of Human Rights © 2006

Designed By Technology Stars