IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISMAIL ALI AL RAMMI, et al.,**  )<br>*Petitioners/Plaintiffs*,  )<br>  )<br>v.  )<br>  )<br>**GEORGE W. BUSH, et al.,**  )<br>*Respondents/Defendants.*  ) | Civil Action No. 05-CV-2381 (JDB) |

**PETITIONERS' STATUS REPORT**

This petition for habeas corpus was filed on December 21, 2005, on behalf of Ismail Ali Al Rammi ("Mr. Al Rammi"), a Yemeni national, by his wife and next friend Soaid Salh Ahmad Al Rammi ("Mrs. Al Rammi") and his brother Adel Ali Ahmad Al Rammi. A stay was entered within days of the filing of the petition. No protective order has been entered, and no factual return submitted.

The petition was filed based on the then-available information indicating that Mr. Al Rammi is being detained at Guantanamo Bay, Cuba. Mr. Al Rammi disappeared from the United Arab Emirates in September 2001 and has not been heard from since.[1] In 2002 and 2005, Mr. Al Rammi's name appeared in two lists published in Yemeni-government newspapers of Yemeni detainees held by the United States at Guantanamo Bay. The two published lists are the only pieces of information that Mrs. Al Rammi has received about her husband since his disappearance. Unfortunately, it is unclear whether the information is accurate. After the submission of the habeas petition on Mr. Al Rammi's behalf, the Department of Defense (DoD), in response to a request and litigation under the Freedom of Information Act (FOIA), released a list of detainees held at Guantanamo. The DoD FOIA list does not include Mr. Al Rammi's name or any similar name. Respondents informed Petitioners' counsel that they could not identify Mr.

---

[1] Support for the factual assertions in this status report can be found in Response to Order of the Court to Show Cause Why This Case Should Not Be Dismissed, Dkt. No. 12 and supporting materials.

Al Rammi as a detainee at Guantanamo. Respondents could not, however, eliminate the possibility that Mr. Al Rammi is being held under another name, as has happened with at least a few other detainees.

Subsequent efforts by Petitioners' counsel to determine whether Mr. Al Rammi is a detainee at Guantanamo have proven inconclusive. Petitioners' counsel gave Respondents a photograph of Mr. Al Rammi but was told that DoD could not match it with any Guantanamo detainee. The Yemen embassy did not provide any additional information on Mr. Al Rammi's whereabouts or how Mr. Al Rammi's name came to appear on the published lists. Letters addressed to Mr. Al Rammi at Guantanamo sent by Mrs. Al Rammi through the International Red Cross have been returned. Attempts to find out information about Mr. Al Rammi from Amnesty International and HOOD, a Yemeni human rights organization, have yielded no new information. The publicly released CSRT documents do not appear to include any reference to Mr. Al Rammi or anyone matching his biographical features.

Accordingly, there continues to be conflicting evidence about whether Mr. Al Rammi is being detained at Guantanamo. Petitioners' counsel has been attempting to discuss the status of this case with Mrs. Al Rammi to determine whether she wishes to pursue discovery in the hopes of reaching a more definitive conclusion or whether she wishes to withdraw the petition without prejudice. Counsel will inform the Court of Mrs. Al Rammi's decision within 30 days.

Respectfully submitted,

_____/s/_____

Jared A. Goldstein
Roger Williams University School of Law
Ten Metacom Ave.
Bristol, Rhode Island 02809
Tel: (401) 254-4594
D.C. Bar No. 478572

Dated: July 17, 2008