UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISMAIL ALI AL RAMMI, et al.,**<br><br>Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>Respondents. | Civil Action No. 05-2381 (JDB) |
| **IN RE:**<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-0442 (TFH) |

### ORDER

The Court has reviewed the status report filed in this matter on July 17, 2008. There appears to be no basis at this time to believe that Ismail Ali Al Rammi is, or ever has been, a detainee held by the United States at Guantanamo Bay. Accordingly, it is hereby

**ORDERED** that the above-captioned civil action, No. 05-2381, is **DISMISSED WITHOUT PREJUDICE.**

/s/
JOHN D. BATES
United States District Judge

Date: July 18, 2008